**4818424**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 13-01312-ESL |
|---|---|
| JORGE LUIS GOMEZ ESQUILIN<br>NANCY HERNANDEZ CASTRO<br>Debtor(s) | CHAPTER 13 |

## BPPR'S ANSWER TO DEBTORS' OBJECTION TO CLAIM NO. 5-1

**TO THE HONORABLE COURT:**

Comes now, BANCO POPULAR DE PUERTO RICO ("BPPR"), through its undersigned counsel and very respectfully states and prays:

1. On July 2, 2013, BPPR filed its claim against Debtors (Claim No. 5-1).

2. On June 12, 2013, the Debtors filed their Objection to BPPR's claim alleging that Debtors' monthly payment is $633.00 and not $820.00 as claimed by BPPR.

3. BPPR submits that Debtors were correct and that on even date, BPPR filed its Amended Proof of Claim No. 5-2.

WHEREFORE, it is respectfully prayed that this Court takes notice of the above stated and allows BPPR's Claim No. 5-2 as filed.

CERTIFICATE OF SERVICE: I hereby certify that <u>on this same date</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants including but not limited to: Monsita Lecaroz Arribas, Esq., ustpregion21.hr.ecf@usdoj.gov; José Ramón Carrión Morales, Esq., Chapter 13 Trustee, newecfmail@ch13-pr.com; Roberto Figueroa Carrasquillo, Esq., Attorney for Debtor(s), rfigueroa@rfclawpr.com.

CASE NO. 13-01312-ESL -2-

Ponce, Puerto Rico, this 2nd day of July, 2013.

s/Carlos G. Batista Jiménez
Carlos G. Batista Jiménez, Esq.
USDC-PR 206711
Attorney for BPPR
FRAU & ASOCIADOS
PO Box 331150
Ponce, Puerto Rico 00733-1150
Tel. (787) 843-3404; (787) 843-3432
Fax. (787) 843-3431
Email: lcdobatista@frauyasoc.com
